In the Matter of MORRIS KOPPELMAN et al., Respondents, against SUNSET WINE Co., INC., Appellant, and HENRY S. BRUCKMAN et al., Constituting the Liquor Authority of the State of New York, Respondents.

Argued October 13, 1942; decided November 25, 1942.

*Alfred D. Van Buren, J. Lewis Ash* and *Henry Hirsch* for appellant.
*James I. Cuff* and *Eugene Zimmerman* for petitioners-respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.